

262 So.2d 788

The METALOCK CORPORATION

v.

METAL–LOCKING OF LOUISIANA, INC.

No. 52513.

June 15, 1972.

Writ denied. On the facts found by the Court of Appeal the result is correct.

Application denied; on the facts found by the court of appeal, the judgment is correct.

262 So.2d 788

NEW ORLEANS FIRE FIGHTERS AS-
SOCIATION, LOCAL 632, et al.,

v.

CITY OF NEW ORLEANS et al.

No. 52519.

June 15, 1972.

262 So.2d 788

Nathalie BOND, Individually and as Natural
Tutrix of the Minor, Nathaniel
Bond Vallee

v.

Ciro TORIELLO.

No. 52515.

June 15, 1972.

Writ refused. Since the case has been remanded, the judgment is not final. The rights of all parties are reserved.